ELIZABETH ADLER, Respondent, v. LOUIS ADLER and Others, Appellants.— Order modified by striking out the provision for the appointment of a referee, and as so modified affirmed, without costs, unless defendants on or before November 9, 1932, file a consent in writing to the appointment of the referee as provided in said order appealed from. If such consent be so filed, the order appealed from is affirmed, without costs. The date for the examination to proceed to be fixed in the order. Appeal from order entered September 6, 1932, dismissed. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY, Appellant, v. WOODROW DEVELOPMENT CORPORATION and Others, Defendants. MORRIS WOLKENBERG, Respondent. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MAUDE W. CAMERON, Respondent, v. ALEXANDER CAMERON, Appellant.— Order modified by reducing the amount of alimony to be paid to plaintiff to the sum of $250 per month, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MAX ELKIND, JR., Appellant, v. MAX ELKIND, SR., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. G. FRANK DOUGHERTY, as Assignee of ALEXIS DAVIDOW, Appellant.— Order reversed, with ten dollars costs and disbursements to the appellant, and the claim of the appellant remitted to the Superintendent of Insurance, as liquidator. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. G. FRANK DOUGHERTY, as Assignee of WENIAMIN G. TOPTCHEENKO, Appellant.— Order reversed, with ten dollars costs and disbursements to the appellant, and the claim of the appellant remitted to the Superintendent of Insurance, as liquidator. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. G. FRANK DOUGHERTY, as Assignee of ALEXIS DAVIDOW and WENIAMIN G. TOPTCHEENKO, Respectively, Appellant.— Order affirmed, with ten dollars costs